IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


TERRENCE PAUL ROBINSON,

    Plaintiff,

v.                                          CASE NO. 5:03-cv-00025-MP-MD

ROBERT G BOYD,
MARK A HENRY,
KATHLEEN HAWK SAWYER,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 71, Report and Recommendation of the Magistrate Judge, recommending that the defendant's special report, Doc. 48, be construed as a motion for summary judgment, that summary judgment be denied, and this case be referred to the Magistrate Judge for further proceedings. The defendants filed objections, doc. 72, to which the plaintiff responded, doc. 73.

Plaintiff was incarcerated at the Federal Correctional Institution in Marianna at the time of the events giving rise to this complaint. On April 3, 2002, Warden Mark Henry implemented a policy prohibiting inmates from wearing knit caps and jackets until winter time. (Doc. 48, exh. 2). Plaintiff maintains that he caught a cold on April 4 when he was outdoors without a cap or jacket in temperatures below 50 degrees. Therefore, when temperatures were in the low 40's the following day, plaintiff went to Captain Boyd to discuss his concerns. According to plaintiff, he "politely asked the captain if [he] may wear warm gears because the time was cold and [he] had, in fact, caught a cold." (Doc. 18, exh. A). Specifically, plaintiff asked to wear the knit cap he had purchased at the commissary. The captain allegedly responded "It's summer . . . you don't

need winter gears . . . you don't see me wearing any. . ." and told plaintiff to return to the unit. As plaintiff turned to leave, he saw a corrections officer with both his knit cap and jacket on. He claims that he pointed this out to the captain who then told the officers nearby to "cuff him." The defendants claim that the plaintiff became so combative and disruptive that other prisoners began to take notice and it became necessary to restrain the plaintiff.

In the Report and Recommendation, the Magistrate Judge concludes that because of the divergent testimony of the two sides, summary judgment was inappropriate. The defendants object, however, and raise arguments, such as the potential application of qualified immunity, that appear not to have been included in the Report and Recommendation of the Magistrate Judge. Accordingly, the Report and Recommendation is rejected and this matter remanded to the Magistrate Judge to consider the issues raised in the defendants' objections.

**DONE AND ORDERED** this  *4th* day of January, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge